IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV92

| | |
|---|---|
| THOMAS H. BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| E-BAY, INC., and PAYPAL, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* for dismissal of the action.

By Order filed May 6, 2005, this Court denied the Plaintiff's application to proceed without the prepayment of fees and directed that Plaintiff pay the required fees within 14 days from service of the Order. The time period expired May 23, 2005, and Plaintiff has not made the required payment.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** for Plaintiff's nonpayment of the required fees.

**Signed: June 1, 2005**

Lacy H. Thornburg
United States District Judge